IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES CASHAW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 13-1337-SCW |
| | ) |
| SHNAWNEE CORRECTIONAL CENTER MEDICAL UNIT STAFF, CORRECTIONAL OFFICER JOHNSON, LT. SWALLS, NURSE WILLARD, TERRY, MS. MILLER, SHELA BECKMAN, MELISSA LITTRELL and WEXFORD HEALTH SOURCES, INC., | ) |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Defendants Correctional Officer Johnson and Lt. Swalls were granted summary judgment on September 29, 2014, by an Order entered by Chief Judge Michael J. Reagan (Doc. 36).

Defendant Shawnee Correctional Center was dismissed on October 29, 2014 by Order entered by Magistrate Judge Stephen C. Williams (Doc. 41).

Defendants Nurse Willard and Melissa Littrell were dismissed on March 11, 2016 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 89).

Defendants Terry, Shela Beckman and Ms. Miller were dismissed by substitution on December 2, 2016 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 131).

THEREFORE, judgment is entered in favor of Defendants **SHAWNEE CORRECTIONAL CENTER MEDICAL UNIT STAFF, CORRECTIONAL OFFICER JOHNSON, LT. SWALLS, NURSE WILLARD, TERRY, MS. MILLER, SHELA BECKMAN and MELISSA LITTRELL** and against Plaintiff **JAMES CASHAW.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on October 25, 2016 (Doc.130) the remaining claim in the above-captioned action is **DISMISSED** with prejudice.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 2nd day of March, 2017

                                       **JUSTINE FLANAGAN, ACTING CLERK**

                                       **BY:** */s/ Angela Vehlewald*
                                                  **Deputy Clerk**

**Approved by** */s/ Stephen C. Williams*
                **United States Magistrate Judge**
                    **Stephen C. Williams**